WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED 29 AUG '11 13:20 USDC-ORE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JAMES DESAUTEL,**                                        CV # 10-430-AA

          Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security,**

          Defendant.

_____

          Attorney fees in the amount of $5,494.71 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.


          DATED this 25 day of August , 2011.

                                        _____
                                        United States District Judge

Submitted on August 22, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff



ORDER - Page 1